**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL O'SHAUGHNESSY** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-5115 |
| | : | |
| **NICHOLAS PALAZZO, ET AL** | : | |

## ORDER

This 26th day of October, 2020, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 34, 37) is **DENIED in part**. Defendants' challenges to jurisdiction are **DENIED** for the reasons set forth in the accompanying memorandum. The remainder of Defendants' motion raising substantive grounds for dismissal will be separately addressed by the Court.

                                                         /s/ Gerald Austin McHugh
                                                      United States District Judge