IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL O'SHAUGHNESSY | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-5115 |
| | : | |
| NICHOLAS PALAZZO, ET AL | : | |

_____

## ORDER

This 10th day of November, 2020, it is hereby **ORDERED** that Defendants' Motions to Dismiss (Doc #34 and Doc #37) are **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge