### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL O'SHAUGHNESSY** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-5115** |
| | : | |
| **NICHOLAS PALAZZO, et. al.** | : | |

### ORDER

This 31st day of August, 2022, it is hereby **ORDERED** that Final Judgment is **ENTERED** in favor of Plaintiff Daniel O'Shaughnessy and against Defendant Todd Robison in the amount of $65,000.

    /s/ Gerald Austin McHugh
United States District Judge